# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXANDRA GONZALES** o/b/o **TOBIAS RUELAS,**
Appellant,

v.

**CHRISTIAN RUELAS,**
Appellee.

No. 4D20-1798

[June 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502020DR005674.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellant.

Mathew David Martin of Martin Family Law, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***